Submitted on record and briefs November 7, 2003, reversed January 7, 2004

In the Matter of Caprielle Maschinot,
Alleged to be a Mentally Ill Person.
### STATE OF OREGON,
*Respondent,*

*v.*

### CAPRIELLE MASCHINOT,
*Appellant.*

03MH086; A121543

82 P3d 641

Mark Hendershott filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jill Smith, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of a judgment of involuntary commitment that was based on a finding that, because of a mental disorder, she is dangerous to herself. ORS 426.005(1)(d)(A). She argues that the state failed to demonstrate, by clear and convincing evidence, that she is dangerous to herself. The state concedes that the record does not contain evidence sufficient to support a finding that appellant is dangerous to herself. We accept the state's concession.

Reversed.